Perry agt. Rollins.

## SUPREME COURT.

### ANDREW J. PERRY, respondent, agt. TRUE W. ROLLINS, appellant.

*Action by an attorney for services — Answer — general denial and an allegation that the services have been fully paid for — Order of reference.*

*It seems* that an order of reference may be had in an action by an attorney for professional services.

*Quære.* Is *Martin* agt. *Windsor Hotel Company* (10 *Hun*, 304) to be followed, or is a different rule to be established?

*First Department, General Term, October,* 1878.

THIS was an appeal from an order made at special term directing a reference to hear and determine the issues.

The action was brought by plaintiff, as an attorney and counselor at law, for professional services rendered for defendant. The defendant's answer is a general denial of the allegations in the complaint, and alleges that plaintiff rendered certain services for defendant and one Samuel Ward, as trustees for the bondholders of the Gold Valley Mining Company, and that he has been fully paid therefor. The order of reference was made upon the pleadings, the bill of particulars consisting of about sixty items and an affidavit of plaintiff that the trial of the action would involve the examination of a long account.

*T. C. & Chas. G. Cronin,* for the appellant. The trial of this action will not involve the examination of a long account. The plaintiff's bill of particulars is not an account

Perry agt. Rollins.

proper, in the legal sense of the term (*Dickinson* agt. *Mitchell*, 19 *Abb.*, 286). Compulsory references are not matters of right, but of judicial discretion, and the constitutional provision of the right to trial by jury cannot be too faithfully preserved. On the issues in this action, the defendant should have the right of submission to a jury, being for the professional services of a lawyer (*Flanders* agt. *Odell*, 16 *Abb.* [*N. S.*], 247; *Martin* agt. *Windsor Hotel Co.*, 10 *Hun*, 304).

*A. J. Perry*, plaintiff in person. There is no fact in this case which comes within the purview of any of the recent cases where references have been denied.

The account is sufficiently established by the bill of particulars (*Place* agt. *Cheeseborough*, 4 *Hun*, 577). The bill of particulars contains upwards of sixty items involving labor on at least sixty different days, making a "long account" within the judicial definition and meaning of that expression (*Continental Bank Note Co.* agt. *The Industrial Exhibition Co.*, 1 *Hun*, 118).

*Present,* DAVIS, *P. J.*, BRADY *and* INGALLS, *JJ.*

Order of reference affirmed; *no opinion.*